IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS ADAM PFLAGER,<br><br>     Plaintiff,<br><br>     v.<br><br><br><br>EQUIFAX,<br><br><br><br>     Defendant. | CIVIL ACTION FILE<br>NO. 1:18-CV-4472-TWT |

## ORDER

This is a pro se civil action arising out of the Equifax data breach.   It is before the Court on the Plaintiff's Motion for Clerk's Entry of Default [Doc. 16]. This case has been closed administratively. The Plaintiff's Motion for Clerk's Entry of Default [Doc. 16] is DENIED.

SO ORDERED, this 5 day of December, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\PFLAGER\DEFAULT.DOCX